1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MARVIN HARRIS,

11              Plaintiff,                    No. CIV 2:11-cv-2869-KJM-JFM (PC)

12         vs.

13    TOM V. VIRGA, *et al.*,

14              Defendants.              FINDINGS AND RECOMMENDATIONS

15    _____/

16              By an order filed December 23, 2011, plaintiff was ordered to pay the appropriate

17    filing fees within twenty-one days and was cautioned that failure to do so would result in a

18    recommendation that this action be dismissed.  The twenty-one day period has now expired, and

19    plaintiff has not responded to the court's order and has not paid the appropriate filing fee.

20    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

21              These findings and recommendations are submitted to the United States District

22    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

23    days after being served with these findings and recommendations, plaintiff may file written

24    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25    Findings and Recommendations."  Any response to the objections shall be filed and served

26    within fourteen days after service of the objections.  Plaintiff is advised that failure to file

1

1   objections within the specified time may waive the right to appeal the District Court's order.

2   <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: February 2, 2012.

4

5                                 UNITED STATES MAGISTRATE JUDGE

6

7   /014;harr2869.fifp.jfm

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26